UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

| | | |
|---|---|---|
| HAPPY'S AUTO, LLC ) | | |
| Plaintiff, ) | Civil Action No: | |
| ) | | |
| v. ) | *Removed from:* | |
| ) | | |
| ) | THE DISTRICT COURT OF | |
| MIDWEST FAMILY MUTUAL ) | ELLIS COUNTY, KANSAS | |
| INSURANCE COMPANY, ) | CASE 2019-CV-000009 | |
| Defendant ) | | |

## NOTICE OF REMOVAL OF CIVIL ACTION AND DESIGNATION OF PLACE OF TRIAL

TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that Defendant Midwest Family Mutual Insurance Company ("MFM") hereby notices the removal of this civil action to the United States District Court for the District of Kansas, from the District Court of Ellis County, Kansas, and designates Kansas City, Kansas, as the place of trial in this matter. This removal is made on the basis of diversity jurisdiction, pursuant to 28 U.S.C. § 1331, and this removal and notice of removal is being filed pursuant to 28 U.S.C. §§ 1441 and 1446, and the ground for removal are stated as follows:

1. On February 06, 2019, Plaintiff filed its Petition for Damages, claiming an insurance policy issued by Defendant MFM to Plaintiff provided coverage for certain automobiles owned by Plaintiff that sustained hail damage on or about June 15, 2017. (Petition, ¶¶ 7, 25)

2. Plaintiff claims MFM only issued payment for 61 vehicles that were damaged by the hail (Petition, ¶¶ 14, 23) and failed to issue any payment for 112 vehicles that Plaintiff claims to have been insured under the policy issued by MFM (Petition, ¶ 25).

3. Plaintiff seeks a declaration that the insurance policy issued by MFM provides coverage for the 112 vehicles that Plaintiff claims were a part of its inventory. (Petition, Count I).

4. The Prayer in Count I asks the court to enter an order "requiring Defendant to cover the loss on all damaged vehicles", and also seeks its fees and costs.

5. Plaintiff also alleges Defendant MFM breached the insurance contract by failing to pay for the damage to the 112 vehicles, and seeks damages "in excess of $75,000" for the alleged damage to the 112 vehicles. (Petition, Count II).

6. Plaintiff alleges the damages to the alleged vehicles were around $458,083.36 (Petition ¶ 26).

7. Plaintiff is a Kansas resident. (Petition ¶ 1).

8. Defendant MFM is a foreign insurance company. (Petition ¶ 2).

9. MFM is a Mutual Insurance Company, organized under the laws of Iowa, with its principal place of business in Minnesota, and is not a citizen of Kansas.

10. Removal is proper under 28 U.S.C. § 1332 (diversity) because Plaintiffs and Defendants are citizens of different states and the amount in controversy exceeds $75,000.00.

WHEREFORE, Defendant MFM respectfully requests that all proceedings in the state court action be discontinued, and that this action proceed in the United States District Court for the District of Kansas, at Kansas City, as an action properly removed to it.

## **DESIGNATION OF PLACE OF TRIAL**

COMES NOW, Defendant MFM and designates Kansas City, Kansas as the place of trial for the above-captioned matter.

Dated: March 11, 2019

SWANSON BERNARD, LLC

*/s/ Lloyd W. Raber*_____
Lloyd W. Raber, #24701
4600 Madison Ave, Suite 600
Kansas City, MO 64112
(816) 410-4600 / (816) 561-4498 – Fax
lraber@swansonbernard.com
**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing was mailed by first-class United States mail, postage prepaid, this 13th day of March, 2019 to:

Christopher W. Sook
Jeter Turner Sook Baxter, LLP
1200 Main, Suite 101
P.O. Box 128
Hays, KS 67601
csook@jeterlawoffice.com
Attorneys for Plaintiff

_____*/s/ Lloyd W. Raber*