UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

HAPPY'S AUTO, LLC                          )
                              Plaintiff,    )
                                        )
v.                                         )
                                        )     Civil Action No:
                                        )
MIDWEST FAMILY MUTUAL                      )
INSURANCE COMPANY,                         )
                              Defendant    )

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Midwest Family Mutual Insurance Company hereby provides the Court with its Corporate Disclosure Statement:

1. All parent companies of Midwest Family Mutual Insurance Company:

   **None.**

2. Subsidiaries not wholly owned by Defendant:

   **None**.

3. Affiliates that have issued shares to the public:

   **None**.

4. Any publicly held corporation owning 10% or more of this Defendant's stock:

   **None**.

                                          SWANSON BERNARD, LLC

                                          __/s/ Lloyd W. Raber_____
                                          Lloyd W. Raber, #24701
                                          4600 Madison Ave, Suite 600
                                          Kansas City, MO 64112
                                          (816) 410-4600 / (816) 561-4498 – Fax
                                          lraber@swansonbernard.com
                                          **ATTORNEY FOR DEFENDANTS**