## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| HAPPY'S AUTO, LLC, | ) | |
|     Plaintiff, | ) | Civil Action No: 19-CV-01063-JWB-GEB |
| | ) | |
| v. | ) | *Removed from:* |
| | ) | |
| MIDWEST FAMILY MUTUAL | ) | THE DISTRICT COURT OF |
| INSURANCE COMPANY, | ) | ELLIS COUNTY, KANSAS |
|     Defendant. | ) | Case No. 2019-CV-000009 |

### **STIPULATION OF DISMISSAL**

COME NOW the parties, by and through undersigned counsel, and hereby stipulate to voluntary dismissal of all claims and counterclaims of the parties. This dismissal is provided pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and is without prejudice as to any claim or counterclaim.

Prepared by:

JETER TURNER SOOK BAXTER, LLP

*/s/ Christopher W. Sook*
Christopher W. Sook, #20737
1200 Main, Suite 101
P.O. Box 128
Hays, KS  67601
(785) 628-8226; Fax: (785) 628-1376
csook@jeterlawoffice.com
ATTORNEYS FOR PLAINTIFF

Approved by:

*/s/ Lloyd W. Raber*
Lloyd W. Raber, #24701
SWANSON BERNARD, LLC
4600 Madison Ave., Suite 600
Kansas City, MO  64112
(816) 410-4600; Fax: (816) 561-4498
lraber@swansonbernard.com
ATTORNEYS FOR DEFENDANT

1